In the Matter of the Application of the BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Acting for and on Behalf of THE CITY OF NEW YORK, Pursuant to Chapter 4 of the Laws of 1891 and the Several Statutes Amendatory Thereof and Supplemental Thereto Relative to Acquiring for the Construction and Maintenance of a Municipal Rapid Transit Railroad Certain Real Property and Interest

in and to the Bed of Any Water Course, Slip, Basin, Street, Road or Avenue Open or Proposed in Front or Adjoining and Pertaining Thereto, Situate on Gowanus Canal and Ninth Street, in the Borough of Brooklyn, City of New York, Route 109, Section 30, Proceeding 2. CRANFORD COMPANY, Owner of Damage Parcel No. 116, Appellant; BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Respondent.— Appeal by claimant, Cranford Company, from a supplemental and amended final decree in a condemnation proceeding awarding it $187,000 and interest for all damages. Supplemental and amended final decree unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.